# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ADAM S. BOLDS,

    Plaintiff,

v.                                           CASE NO. 4:13cv420-RH/CAS

JAMES BLACKWOOD et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12 and the objections, ECF No. 14. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation correctly concludes that the complaint fails to state a claim on which relief can be granted. Based on the complaint's factual allegations, it seems unlikely that the plaintiff will be able to amend the complaint to state a claim on which relief can be granted. But this order gives the plaintiff a final opportunity to do so. If the plaintiff does not file by the deadline a first

amended complaint on which relief can be granted, a final judgment will be entered dismissing the case.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The complaint is dismissed for failure to state a claim on which relief can be granted. The plaintiff is granted leave to file a first amended complaint by January 31, 2014. The clerk must refer any first amended complaint directly to me, not to the magistrate judge.

SO ORDERED on January 3, 2014.

s/Robert L. Hinkle<br>United States District Judge